# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES
MADREPERLA STREET,
                    Appellant,
        vs.
PHH MORTGAGE CORPORATION,
                    Respondent.

No. 78019

FILED

AUG 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order entering judgment in a quiet title action. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

This court's initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect. It appeared that the district court had not yet entered a final judgment appealable under NRAP 3A(b)(1) because respondent's counterclaim for unjust enrichment remained pending. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). In response, appellant contends that the district court did not fully address the counterclaims yet closed the case. Appellant asks that this court treat the challenged order as incomplete, decline jurisdiction, and dismiss the appeal. Respondent has not filed any reply.

As appellant agrees that the district court has not entered a final judgment and it does not appear that any other statute or court rule

19- 35362

permits this appeal, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), it appears that this court lacks jurisdiction. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Timothy C. Williams, District Judge
John Walter Boyer, Settlement Judge
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk